No. 83–500.  HARTKE v. MCKELWAY.  C. A. D. C. Cir.  Certiorari denied.

No. 83–501.  HAYES v. CITY OF BATON ROUGE.  19th Jud. Dist. Ct. La., East Baton Rouge Parish.  Certiorari denied.

No. 83–503.  RIPPETOE v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 83–505.  ELECTRONIC CURRENCY CORP. ET AL. v. WESTERN STATES BANKCARD ASSN. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–515.  BENALLY ET AL. v. UNC RESOURCES, INC., ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 83–517.  CHOCALLO v. BUREAU OF HEARINGS AND APPEALS, SOCIAL SECURITY ADMINISTRATION, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 83–569.  HAGEMAN v. HOME INSURANCE CO. ET AL. C. A. 2d Cir.  Certiorari denied.

No. 83–622.  ZUNIGA ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 83–626.  KLEINMAN ET UX. v. UNITED STATES ET AL. C. A. 11th Cir.  Certiorari denied.

No. 83–5030.  DANIELS v. MINTZES, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 83–5043.  RHODES v. STEWART, TRUSTEE IN BANKRUPTCY, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 83–5058.  SHARP v. WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 83–5105.  FIELDS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 83–5176.  ZAZUETA-LOPEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 83–5177.  WHITTINGTON v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir. Certiorari denied.